FILED
CLERK, U.S. DISTRICT COURT

APR 30 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. MARK DOMINGO, DEFENDANT(S). | CASE NUMBER: MJ 19-1751 |
|---|---|
| | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** 18 U.S.C. § 3006A(f) |

On __April 29, 2019,__ defendant __Mark Domingo__

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints __David Wasserman__ as counsel for the defendant
☒ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
☐ A total sum of $ _____
 ☐ due not later than _____
 ☐ due in monthly payments of $ _____ beginning _____ .

☒ Monthly payments of $ __1,000.00__ to commence on __May 15, 2019__ and to continue until final disposition of this case.

☐ Other _____

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

Dated __4/30/19__

United States ~~District Judge~~ / Magistrate Judge
PAUL L. ABRAMS

cc: Clerk's Office, Fiscal Section
 CJA
 FPD
 PSA

CR-26 (05/18)   ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES